UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

NESTOR CRESPO
MIRIAM CRESPO,

   Debtors.
_____/

Case No. 6:17-bk-06513-KSJ
Chapter 13

**OBJECTION BY ALLY FINANCIAL
TO DEBTORS' MOTION TO DETERMINE SECURED STATUS OF CLAIM NUMBER 3**

  Ally Financial, by and through its undersigned attorney, hereby files its Objection to Debtors' Motion to Determine Secured Status of Claim Number 3 (Doc. No. 23), and would show:

  1. The claim of Ally Financial is secured by a 2013 Hyundai Elantra GT, VIN KMHD35LE4DU108645, which is valued at $14,475.00 retail, according to the NADA guide in effect on October 09, 2017, the date of filing. The value of the secured claim is $14,475.00 for the purposes of this proceeding.

  2. It is the contention of Ally Financial that the value of the secured claim as proposed by the Debtors is less than the replacement value of the collateral.

DATED: *February 28*, 2018.

Andrew W. Houchins
Florida Bar No. 59017
Rush, Marshall, Jones and Kelly, P.A.
P.O. Box 3146
Orlando, Florida 32802
Telephone (407) 425-5500
Facsimile (407) 423-0554
ahouchins@rushmarshall.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this 28th day of February, 2018, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: Nestor Crespo, 1011 Marlene Drive, Ocoee FL 34761, Miriam Crespo, 1011 Marlene Drive, Ocoee FL 34761, Debtors, Joshua J. Tejes, 11 North Summerlin Dr. #225B, Orlando, Florida 32801, Attorney for Debtors, Laurie K. Weatherford, PO Box 3450, Winter Park FL 32790, Office of the U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801.

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

By: _____
Andrew W. Houchins, for the firm
Florida Bar No. 59017
Telephone 407-425-5500
Facsimile 407-423-0554
email: ahouchins@rushmarshall.com

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn: Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146

1621.70855
Y8761 0514